# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| PARITY NETWORKS, LLC, | § § § | |
| *Plaintiff*, | § § | Civil Action No. 6:17-cv-00495-RWS |
| v. | § § | |
| JUNIPER NETWORKS, INC., | § § | JURY TRIAL DEMANDED |
| *Defendant*. | § § | |

## UNOPPOSED MOTION TO FILE UNDER SEAL

Plaintiff Parity Networks, LLC ("Parity"), by its undersigned counsel hereby moves this Court to order Plaintiff's Sur-Reply in Opposition to Juniper Networks, Inc.'s Motion to Transfer ("Sur-Reply") and all exhibits thereto ("Exhibits") to be filed under seal. The Sur-Reply and Exhibits contain confidential material relating to Defendant's business operation and/or employees. As grounds for this motion, Plaintiff states as follows:

1. The Response references Defendant's employees.

2. The document produced by Defendant bearing the Bates number JUN-VENUE-00000007-0000009, Exhibit 1 to the Response, was produced by Defendant under a "Confidential—Attorneys' Eyes Only" designation.

3. Parity therefore respectfully requests that this Court order the Response and Exhibits to be filed under seal.

Dated:  May 18, 2018

Respectfully submitted,

*/s/   Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Adam G. Price

        Texas State Bar No. 24027750
        aprice@dinovoprice.com
        Daniel L. Schmid
        Texas State Bar No. 24093118
        dschmid@dinovoprice.com
        **DINOVO PRICE LLP**
        7000 N. MoPac Expressway, Suite 350
        Austin, Texas 78731
        Telephone: (512) 539-2626
        Telecopier: (512) 539-2627

        *COUNSEL FOR PLAINTIFF*
        *PARITY NETWORKS, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 18, 2018, I conferred via email with counsel for Defendant Juniper Networks, Inc., and confirmed that this Motion is unopposed.

        */s/ Andrew G. DiNovo*
        Andrew G. DiNovo

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on May 18, 2018.

        */s/ Andrew G. DiNovo*
        Andrew G. DiNovo